B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Arizona

**In re: Joann Wing**  **Case No.** 2:19-bbk-07987-PS
**Debtor (s)**  **Chapter 13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☒ FLAT FEE
For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,500.00
Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $  0
Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,500.00

☐ RETAINER
For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____
The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $_____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:
   ☒ Debtor         ☐ Other (specify)
3. The source of compensation to be paid to me is:
   ☒ Debtor         ☐ Other (specify)
4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they
are members and associates of my law firm.
   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who
are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
of the people sharing the compensation is attached.
5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)
d. [Other provisions as needed]
6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Negotiations with secured creditors to reduce to market value; representation of the debtors in any dischargeability actions, judicial lien avoidances,
relief from stay actions or any other adversary proceeding.
Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11
USC 522(f)(2)(A) for avoidance of liens on household goods.

CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    06/28/19                                                     /s/ Nathan A. Finch
*Date*                                                                 *Signature of Attorney*

                                                                         Catalyst Legal Group, PLLC
                                                                         *Name of law firm*
                                                                         1820 E Ray Road
                                                                         Chandler, AZ 85225
                                                                         nathan@catalyst.lawyer