| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| SLN | 101684 | 141425 | | 0000240172 | 1 |

# Earnings Statement



MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE. ARIZONA 85282
(480) 921-3900

Period Beginning: 05/27/2019
Period Ending: 06/09/2019
Pay Date: 06/14/2019

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 9
   AZ: Tax is 2.7%

JOANN A WING
6047 S MACK AVE
GILBERT AZ 85298

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4230.77 | | 4,230.77 | 32,153.85 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$4,230.77** | 32,153.85 |

**Deductions**    **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -417.12 | 3,029.82 |
| Social Security Tax | -261.63 | 1,990.14 |
| Medicare Tax | -61.19 | 465.44 |
| AZ State Income Tax | -113.93 | 866.65 |

**Other**

| | this period | year to date |
|---|---|---|
| dental | -0.87* | 4.35 |
| vision | -6.84* | 34.20 |
| Long Tern Dis | -13.54 | 67.70 |
| Med125 | -3.25* | 16.25 |
| Short Term Dis | -22.27 | 111.35 |
| Expense Reimbur | | -12,771.04 |
| **Net Pay** | **$3,330.13** | |
| Check1 | -3,330.13 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| S | 40.00 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS (480) 921-3900

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,219.81

© 2000 ADP, LLC

MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE. ARIZONA 85282
(480) 921-3900

Advice number: 00000240172
Pay date: 06/14/2019

**Deposited to the account of**
JOANN A WING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7722 | xxxx xxxx | $3,330.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| SLN | 101684 | 141425 | | 0000220231 | 1 |

# Earnings Statement



MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE. ARIZONA 85282
(480) 921-3900

Period Beginning: 05/13/2019
Period Ending: 05/26/2019
Pay Date: 05/31/2019

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 9
   AZ: Tax is 2.7%

JOANN A WING
6047 S MACK AVE
GILBERT AZ 85298

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4230.77 | | 4,230.77 | 27,923.08 |
| **Gross Pay** | | | **$4,230.77** | 27,923.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -417.12 | 2,612.70 |
| | Social Security Tax | -261.63 | 1,728.51 |
| | Medicare Tax | -61.19 | 404.25 |
| | AZ State Income Tax | -113.93 | 752.72 |
| | **Other** | | |
| | dental | -0.87* | 3.48 |
| | vision | -6.84* | 27.36 |
| | Long Tern Dis | -13.54 | 54.16 |
| | Med125 | -3.25* | 13.00 |
| | Short Term Dis | -22.27 | 89.08 |
| | Expense Reimbur | | -10,191.81 |
| **Net Pay** | | | **$3,330.13** |
| | Check1 | -3,330.13 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| S | | 40.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (480) 921-3900

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,219.81

© 2000 ADP, LLC

---

MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE. ARIZONA 85282
(480) 921-3900

**Advice number:** 00000220231
**Pay date:** 05/31/2019

**Deposited to the account of**
**JOANN A WING**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx7722 | xxxx xxxx | $3,330.13 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



# Earnings Statement 

MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE. ARIZONA 85282
(480) 921-3900

Period Beginning: 04/29/2019
Period Ending: 05/12/2019
Pay Date: 05/17/2019

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 9
   AZ: Tax is 2.7%

JOANN A WING
6047 S MACK AVE
GILBERT AZ 85298

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4230.77 | | 4,230.77 | 23,692.31 |
| **Gross Pay** | | | **$4,230.77** | 23,692.31 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (480) 921-3900

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -417.12 | 2,195.58 |
| | Social Security Tax | -261.62 | 1,466.88 |
| | Medicare Tax | -61.19 | 343.06 |
| | AZ State Income Tax | -113.93 | 638.79 |
| **Other** | | | |
| | dental | -0.87* | 2.61 |
| | vision | -6.84* | 20.52 |
| | Long Tern Dis | -13.54 | 40.62 |
| | Med125 | -3.25* | 9.75 |
| | Short Term Dis | -22.27 | 66.81 |
| | Expense Reimbur | | -10,191.81 |
| **Net Pay** | | **$3,330.14** | |
| | Check1 | -3,330.14 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,219.81

---

MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE. ARIZONA 85282
(480) 921-3900

Advice number: 00000200171
Pay date: 05/17/2019

**Deposited to the account of**
JOANN A WING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7722 | xxxx xxxx | $3,330.14 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

© 2000 ADP, LLC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| SLN | 101684 | 141425 | | 0000180174 | 1 |

# Earnings Statement



MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE, ARIZONA 85282
(480) 921-3900

Period Beginning: 04/15/2019
Period Ending: 04/28/2019
Pay Date: 05/03/2019

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 9
   AZ: Tax is 2.7%

JOANN A WING
6047 S MACK AVE
GILBERT AZ 85298

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4230.77 | | 4,230.77 | 19,461.54 |
| **Gross Pay** | | | **$4,230.77** | 19,461.54 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (480) 921-3900

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -417.12 | 1,778.46 |
| | Social Security Tax | -261.63 | 1,205.26 |
| | Medicare Tax | -61.18 | 281.87 |
| | AZ State Income Tax | -113.93 | 524.86 |
| | **Other** | | |
| | dental | -0.87* | 1.74 |
| | vision | -6.84* | 13.68 |
| | Long Tern Dis | -13.54 | 27.08 |
| | Med125 | -3.25* | 6.50 |
| | Short Term Dis | -22.27 | 44.54 |
| | Expense Reimbur | | -7,755.60 |
| **Net Pay** | | **$3,330.14** | |
| | Check1 | -3,330.14 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,219.81

MACH1 AIR SERVICES INC.
1530 W BROADWAY
TEMPE, ARIZONA 85282
(480) 921-3900

**Advice number:** 00000180174
**Pay date:** 05/03/2019

**Deposited to the account of**
**JOANN A WING**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7722 | xxxx xxxx | $3,330.14 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

© 2000 ADP, LLC


Case 2:19-bk-07987-PS    Doc 17-1    Filed 07/12/19    Entered 07/12/19 01:27:57    Desc
Exhibit A) Debtor Pay Stubs    Page 4 of 5

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| SLN | 101684 | 141425 | | 0000160174 | 1 |

# Earnings Statement



*MACH1 AIR SERVICES INC.*
*1530 W BROADWAY*
*TEMPE. ARIZONA  85282*
*(480) 921-3900*

Period Beginning: 04/01/2019
Period Ending: 04/14/2019
Pay Date: 04/19/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   9
    AZ:         Tax is 2.7%

**JOANN A WING**
**6047 S MACK AVE**
**GILBERT AZ 85298**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4230.77 | | 4,230.77 | 15,230.77 |
| **Gross Pay** | | | **$4,230.77** | 15,230.77 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS (480) 921-3900

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -417.12 | 1,361.34 |
| | Social Security Tax | -261.63 | 943.63 |
| | Medicare Tax | -61.19 | 220.69 |
| | AZ State Income Tax | -113.93 | 410.93 |
| | **Other** | | |
| | dental | -0.87* | 0.87 |
| | vision | -6.84* | 6.84 |
| | Long Tern Dis | -13.54 | 13.54 |
| | Med125 | -3.25* | 3.25 |
| | Short Term Dis | -22.27 | 22.27 |
| | Expense Reimbur | | -6,849.00 |
| **Net Pay** | | **$3,330.13** | |
| Check1 | | -3,330.13 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,219.81

© 2000 ADP, LLC

*MACH1 AIR SERVICES INC.*
*1530 W BROADWAY*
*TEMPE. ARIZONA  85282*
*(480) 921-3900*

**Advice number:** 00000160174
**Pay date:** 04/19/2019

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **JOANN A WING** | xxxxxx7722 | xxxx xxxx | $3,330.13 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE