**SIGNED.**

**Dated: July 12, 2019**

**Paul Sala, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| JOANN ASHLEY WING | Case No: 2:19-bk-07987-PS |
| | **ORDER ON MOTION TO EXTEND TIME TO FILE CHAPTER 13 PLAN.** |
| Debtors | |

THIS MATTER, having come before the Court in the form of a Motion to Extend Time to file Chapter 13 Plan, and good cause appearing;

IT IS ORDERED granting the Debtor until July 25, 2019 to file the Chapter 13 Plan.

AS SIGNED AND DATED ABOVE