Kristin McDonald, Esq. SBN 027082
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:19-bk-07987-PS |
| | ) |
| | ) Chapter 13 |
| Joann Ashley Wing aka Joann Ricks, | ) |
| | ) **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) **CHAPTER 13 PLAN** |
| | ) |
| | ) Docket No. 22 |

Lakeview Loan Servicing LLC, its assignees and/or successors, by and through its servicing agent M&T Bank, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Joann Ashley Wing ("Debtor").

1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 7/1/2047 and is secured by a Deed of Trust on the subject property commonly known as 6047 S Mack Ave, Gilbert, AZ 85298 ("Property"). As of 6/27/2019, the amount in default was approximately $6,936.41. A Proof of Claim detailing the arrearages is forthcoming and will be filed on or before the claims bar date; however, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

2. The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtor exceed a reasonable arrangement in light of Debtor's

1

File No. AZ-19-156180
Objection to Plan, Case No. 2:19-bk-07987-PS
Case 2:19-bk-07987-PS    Doc 26    Filed 08/20/19    Entered 08/20/19 11:00:00    Desc
Main Document    Page 1 of 3

past non-payment history. Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $3,850.00, while in fact the approximate arrears owed are in the amount of $6,936.41. The final amount of arrears will be subject to the forthcoming Proof of Claim. To cure the approximate pre-petition arrearages of $6,936.41 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $115.61 per month from the Debtor through the Plan. Debtor's Plan provides for payments to the Trustee in the amount of $3,520.00 per month for 60 months. Debtor does not have sufficient funds available to cure the approximate arrears over the term of the Plan within 60 months. Therefore, the Plan is not feasible. A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "1"**.

3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein.

**WHEREFORE**, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein;

2. For attorneys' fees and costs herein,

///

///

///

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

8/20/2019

By: /s/ Kristin McDonald
Kristin McDonald, Esq.
*Attorney for Secured Creditor*

3

File No. AZ-19-156180
Objection to Plan, Case No. 2:19-bk-07987-PS
Case 2:19-bk-07987-PS   Doc 26   Filed 08/20/19   Entered 08/20/19 11:00:00   Desc
Main Document     Page 3 of 3